**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSE MACIAS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-03335 |
| ) | |
| Chicago Police Detective THOMAS PURTELL JR. ) | Hon. Thomas M. Durkin |
| and THE CITY OF CHICAGO, a Municipal ) | |
| Corporation, ) | |
| ) | |
|     Defendants. ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE**
**MOTION TO DISMISS *INSTANTER***

Defendants Thomas Purtell Jr. and the City of Chicago, by and through one of their attorneys, Jordan F. Yurchich, seek leave to file their motion to dismiss *instanter*. In support of this motions, defendants state as follows:

1. Pursuant to this Court's order, defendants' responsive pleading was due yesterday, December 5, 2023. (ECF No. 27.)

2. The undersigned attorney had prepared defendants' responsive pleading but inadvertently failed to file it on December 5, 2023.

3. At 3:45 p.m., upon realizing the oversight, the undersigned counsel immediately emailed and called plaintiff's attorney, Peter Sadelski, inquiring whether plaintiff objects to the relief sought in this motion. Mr. Sadelski reported that plaintiff does not object to the relief sought in this motion.

4. No party will be prejudiced by the filing of defendants' responsive pleading today, which is one day late.

5. As a consequence, defendants respectfully request the Court's indulgence in excusing the late filing. Defendants' responsive pleading is attached to this motion as exhibit A.

**WHEREFORE,** defendants respectfully request this Court grant them leave to file their responsive pleading and for any other relief that this Court may deem appropriate and just.

Dated: December 6, 2023                              Respectfully submitted,

 

                                                          */s/ Jordan F. Yurchich*
                                                          JORDAN F. YURCHICH
                                                          Assistant Corporation Counsel Supervisor

Jordan Yurchich
Gregory Beck
City of Chicago, Department of Law
2 North LaSalle, Suite 420
Chicago, Illinois 60602
Jordan.yurchich2@cityofchicago.org
(312) 744-1625
**Attorneys for the defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that, on **December 6, 2023**, I submitted with the Clerk for the Northern District of Illinois using the Court's electronic filing system or CM/ECF **Unopposed Motion for Leave to File Motion to Dismiss *Instanter*,** and thereby provided a copy of same by service to all attorneys of record at the electronic addresses they provided to the court.

*/s/ Jordan F. Yurchich*
JORDAN F. YURCHICH
Assistant Corporation Counsel Supervisor
