# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Jose R Macias

                     Plaintiff,

v.                                                   Case No.: 1:23–cv–03335
                                                              Honorable Thomas M. Durkin

Thomas Purtell Jr., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2024:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's motion to file a third amended complaint [36] is granted. No further amendments will be granted before the Court decides the anticipated motion to dismiss. The third amended complaint is due 5/3/2024. Defendants should answer or otherwise plead by 5/17/2024. If Defendants file a motion to dismiss, Plaintiff's response is due 5/31/2024, and Defendants' reply is due 6/14/2024. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.